# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-11339

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SOL SEBASTIAN PEOPLES,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CR-3-1

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The defendant has been sentenced to the mandatory minimum sentence pursuant to the Armed Career Criminal Act because of three prior convictions for violent felonies. Because the Supreme Court has held that the residual clause of the statute is unconstitutional in *Johnson v. United States* #13-7120, 576 U.S. \_\_\_\_\_ (2015), defendant's sentence must be vacated and a new sentence imposed.

SENTENCE VACATED; CASE REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.